IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02476-LTB

RAYMOND MONTOYA,

    Plaintiff,

v.

ARI ZAVARAS, et al.,
D. MICHAUD,
MRS. PFALTZGRAFF,
MR. RACHIO,
J. KERRIGAN,
MR. ESTEP, et al.,
MR. EVERETT,
MRS. CARNELL, and
RAY MONTOYA,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 25, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 25 day of October, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ S. Grimm
                    Deputy Clerk